UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVELYN KELLY GORDON | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-1041 (JCH) |
| | : | |
| THE BELL/SIMONS CO., ET AL | : | |
|     Defendants | : | APRIL 1, 2004 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____  A ruling on the following motion which is currently pending (orefm.):

__√__  A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 1st day of April, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge