**FILED**
2004 APR 21 P 2: 27
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY KELLY GORDON,<br>Plaintiff, | : | DOCKET NO.: 3:03CV1041(JCH) |
| V. | | |
| THE BELL/SIMONS COMPANY, THE<br>BELL PUMP SERVICE COMPANY, THE<br>SIMONS COMPANY and DANIEL THOMAS<br>Defendants | :<br><br><br>: | <br><br><br>APRIL 20, 2004 |

### MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Now come the Defendants the Bell/Simons Company, The Bell Pump Service Company, The Simons Company and Daniel Thomas in the above captioned matter, by and through their attorneys as of record appear and herein moves for a continuance of the Status Conference scheduled for May 7, 2004 before the Honorable Judge Janet C. Hall and in support thereof represents as follows:

1. The undersigned is a law partner of Richard F. Paladino, Trial Counsel in this matter who has exclusively handled all the matters pertaining to this file;

2. On April 13, 2004, Attorney Paladino underwent emergency open-heart surgery at Yale New Haven Hospital;

3. As of the date of this Motion, Attorney Paladino has not yet returned to work;

4. It is not expected that Attorney Paladino will be physically able to conduct the aforementioned Status Conference on May 7, 2004;

5. The opposing counsel, Vlad Gerard Spitzer has been notified of this Motion and does not have an objection to same;

6. The Defendants request that the Status Conference be continued for a six week period until on or about June 18, 2004.

THE DEFENDANTS,

By _____
PAUL GOZZI, ESQUIRE
On behalf of Richard F. Paladino
Fed. Bar #ct10242
GOZZI, PALADINO & WELSH
49 Sherwood Terrace
Old Saybrook, CT   06475
Juris No.: 11070
Tele. No.: 860-395-3344
Fax No.: 860-395-3343

## **ORDER**

The foregoing Motion having been HEARD/REVIEWED and it appearing that it ought to be GRANTED/DENIED, it is hereby

ORDERED:

                                                      GRANTED/DENIED

Dated at Bridgeport, Connecticut, this _____ day of April, 2004.

                                                     THE COURT,

                                                     By_____
                                                          JUDGE/CLERK

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion was sent via first-class U.S. mail on this 20th day of April, 2004 to:

Spitzer & Brey, L.L.C.
239 Main Street
2nd Floor
Westport, CT  06880
Attn:  Vlad Gerard Spitzer
PH#:  203-226-3266
FAX#:  203-226-3262

Hon. Janet C. Hall
U.S.D.J.
Chamber Room 417
915 Lafayette Boulevard
Bridgeport, CT  06604

 

_____
PAUL GOZZI, ESQUIRE
On Behalf of Richard F. Paladino
Comm. of the Superior Court