UNITED STATES DISTRCT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------X
BEVELYN KELLY GORDON,

                Plaintiff,

    -against-                                  CIVIL ACTION NO.
                                                    3:03-CV-1041 (JCH)
THE BELL/SIMONS COMPANY, THE
BELL PUMP SERVICE COMPANY, THE
SIMONS COMPANY, and DANIEL THOMAS,

                Defendants.               OCTOBER 12, 2004
----------------------------------------------------------X

## STIPULATION OF WITHDRAWAL

The above entitled action is hereby withdrawn with prejudice as against all defendants without costs to any party.

Dated: Westport, Connecticut
        October 12, 2004

                                  Respectfully Submitted,

                                  The Plaintiff,
                                  BEVELYN KELLY GORDON,

                                  Vlad G. Spitzer, Esq.
                                  Federal Bar No. ct14260
                                  Spitzer & Brey, LLC
                                  239 Main Street, 2nd Floor
                                  Westport, CT  06880
                                  Telephone: (203) 226-3266
                                  Telefax: (203) 226-3262
                                  Email: vgspitzer@spitzerbrey.com

FILED
2004 OCT 18  P 12: 44
U.S. DISTRICT COURT

Defendants,
**THE BELL/SIMONS COMPANY, THE BELL PUMP SERVICE COMPANY, THE SIMONS COMPANY, and DANIEL THOMAS**

Richard F. Paladino, Esq.
Their Attorneys
Gozzi Paladino & Welsh
49 Sherwood Terrace
Old Saybrook, CT 06457-2123
Telephone: (860) 395-3344
Telefax: (860) 395-3343
Email: gpwsherwood@aol.com